IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 12759

In the Matter of TERRA DAWN MOREHEAD,
*Respondent.*

ORDER OF DISBARMENT

The court admitted Terra Dawn Morehead to the practice of law in Kansas on September 30, 1986.

Morehead has requested to voluntarily surrender her Kansas law license under Supreme Court Rule 230(a) (2024 Kan. S. Ct. R. at 287). Morehead faces a hearing before a hearing panel appointed by the Kansas Board for Discipline of Attorneys. See Supreme Court Rule 204(c) (2024 Kan. S. Ct. R. at 252) (hearing panel appointment); Supreme Court Rule 222 (2024 Kan. S. Ct. R. at 274) (hearing process).

The court accepts Morehead's request to surrender her Kansas law license, disbars Morehead under Rule 230(b), and revokes Morehead's license and privilege to practice law in Kansas.

The court further orders the Office of Judicial Administration to strike the name of Terra Dawn Morehead from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), the pending board proceeding and any other pending disciplinary proceeding against Morehead terminate effective the date of this order. The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

1

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Morehead under Supreme Court Rule 229 (2024 Kan. S. Ct. R. at 286), and that Morehead comply with Supreme Court Rule 231 (2024 Kan. S. Ct. R. at 289).

Dated this 26th day of April 2024.